```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| KURT B. CHADWELL, | § § § | |
|     Plaintiff, | § § | Civil Action No. C-06-199 |
| v. | § § | |
| NUECES COUNTY, TEXAS, et al. | § § | |
|     Defendants. | § | |

## ORDER

On this day came on to be considered Defendants Nueces County and Laura Garza Jimenez' request for clarification (D.E. 56). Defendants' request for clarification is hereby DENIED.

SIGNED and ENTERED this 26th day of September, 2006.

_____
Janis Graham Jack
United States District Judge