IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KURT B. CHADWELL, | § § § | |
| Plaintiff, | § § | Civil Action No. C-06-199 |
| v. | § § | |
| NUECES COUNTY, TEXAS, et al., | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this Court's Order Granting Defendant Lieutenant David Alaniz' Motion for Summary Judgment (D.E. 51), the Court enters final judgment DISMISSING Plaintiff's claim against Lieutenant David Alaniz with prejudice. Lieutenant David Alaniz is hereby DISMISSED from this litigation.

SIGNED and ENTERED this 26th day of October, 2006.

_____
Janis Graham Jack
United States District Judge